UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  07-21412-CIV-GOLD/TURNOFF

PABLO PEREZ, on behalf of himself
and all others similarly situated,

     Plaintiff,

vs.

SERGIO A. PALIERY, P.A. and
SERGIO A. PALIERY,

     Defendants,
_____/

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AND FOR SANCTIONS**

Plaintiff, PABLO PEREZ, by and through his undersigned counsel, hereby files his Motion to Enforce Settlement, and in support thereof states as follows:

1. This was an action for overtime wages claim pursuant to the Fair Labor Standards Act.

2. The case was settled on August 28, 2007 in the amount of $4,500.00, inclusive of attorney's fees and costs and the signed settlement documents were forwarded to counsel for Defendant on August 29, 2007 .

3. On September 24, 2007, Defendant file a Joint Motion for In Camera Inspection and Approval of Confidential Settlement Agreement.

4. An Order Granting Joint Motion for Approval of Confidential Settlement Agreement:  and Closing Case and an Order on Joint Motion for In Camera Inspection of Confidential Settlement Agreement was entered by this Honorable Court on October 1, 2007.

5. Pursuant to this Honorable Court's Order on Joint Motion for In Camera Inspection of Confidential Settlement Agreement, parties had until October 11, 2007 to file the agreement via U.S. Mail or by sending it to your Honor's e-file inbox.

6. On October 12, 2007, secretary for undersigned counsel contacted Defendant's counsel and left a message requesting status of the settlement and the In Camera Inspection. On October 15, 2007 a follow-up e-mail was sent to counsel for Defendant.

7. As of the filing of this motion, counsel for Defendant has failed to respond to undersigned counsel.

**WHEREFORE**, Plaintiff, PABLO PEREZ, respectfully requests this Honorable Court enter an order granting Plaintiff's Motion to Enforce Settlement, ordering payment of the overdue settlement amount to occur forthwith, sanctions for the filing of this Motion in the form of attorney fees in the amount of $1,000.00, along with all other relief this Court deems just and proper.

**DATED** this 24th day of October, 2007.

    Respectfully submitted,

    JOSEPH M. MAUS, P.A.
    901 East Atlantic Boulevard
    Pompano Beach, Florida 33060
    jmaus@pompanoattorney.com
    Telephone: 954-784-6310
    Facsimile  : 954-784-6313

    By:   /s/ Joseph M. Maus
        JOSEPH M. MAUS, ESQ.
        Florida Bar No.  983373

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was mailed this 23rd day of October, 2007, to:

Patrick F. Martin, Esquire
LITTLER MENDELSON, P.C.
2South Biscayne Boulevard
One Biscayne Tower, Suite 1500
Miami, Florida  33131

JOSEPH M. MAUS, P.A.


By:   /s/ Joseph M. Maus
      JOSEPH M. MAUS, ESQ.
      Florida Bar No.  983373